THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WASTE ACTION PROJECT, | CASE NO. C21-1636-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UFP WASHINGTON LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Honorable John C. Coughenour, United States District Judge, hereby RECUSES himself from further proceedings in this case. The case is to be REASSIGNED in rotation. The Court is not striking its standard discovery and scheduling orders already entered in this case (Dkt. Nos. 3, 8, 10), because the recusal is based on information disclosed in Defendants' later-filed corporate disclosure statement (Dkt. No. 12). The next assigned judge may, however, strike those orders if she or he wishes.

DATED this 2nd day of June 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk