|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| WASTE ACTION PROJECT,<br><br>          Plaintiff,<br><br>   v.<br><br>UFP WASHINGTON LLC; UFP INDUSTRIES, INC.,<br><br>          Defendants. | CASE NO. C21-1636 MJP<br><br>ORDER ON JOINT MOTION |

This matter comes before the Court on the Parties' Joint Motion to Extend the Case Schedule. (Dkt. No. 16.) Having reviewed the Motion and all supporting materials, and having held a hearing on the Motion on November 1, 2022, the Court GRANTS in part the Motion. As indicated to the Court at the hearing, Defendants shall produce responses to the pending discovery requests by Friday, November 4, 2022. Plaintiff shall provide the discovery to its expert and the Court hereby EXTENDS the expert disclosure deadline to January 6, 2023. The Court otherwise declines to reset any of the existing case deadlines. In addition, if Defendants'

ORDER ON JOINT MOTION - 1

1  November 4th production satisfies the concerns raised by Plaintiff in its motion to compel (Dkt.
2  No. 17), Plaintiff shall strike the motion to compel. If not, then the Court will rule on it in due
3  course.
4      The clerk is ordered to provide copies of this order to all counsel.
5  Dated November 1, 2022.

Marsha J. Pechman
United States Senior District Judge

ORDER ON JOINT MOTION - 2