UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| WASTE ACTION PROJECT, <br><br> Plaintiff, <br><br> v. <br><br> UFP WASHINGTON LLC; UFP INDUSTRIES, INC., <br><br> Defendants. | CASE NO. C21-1636 MJP <br><br> ORDER GRANTING JOINT MOTION TO EXTEND CASE DEADLINES | |

This matter comes before the Court on the Parties' Joint Motion to Extend the Case Deadlines. (Dkt. No. 30.) Having reviewed the Motion, the Court finds good cause to extend the case deadlines and trial date and GRANTS the Motion. The Court hereby establishes the following new trial date and interim case deadlines:

| | **Existing Deadline** | **Revised Deadline** |
|---|---|---|
| EIGHT DAY BENCH TRIAL DATE | June 12, 2023 | October 2, 2023 at 9:00 AM |
| Waste Action Project's financial expert's report under FRCP 26(a)(2) due | January 6, 2023 | Three weeks following Waste Action Project's receipt of agreed financial documents |

ORDER GRANTING JOINT MOTION TO EXTEND CASE DEADLINES - 1

| | | |
|---|---|---|
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | December 13, 2022 | February 16, 2023 |
| Factual discovery completed | January 13, 2023 | March 14, 2023 |
| Expert discovery completed | January 13, 2023 | April 13, 2023 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d)) | February 13, 2023 | June 5, 2023 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference. | May 8, 2023 | August 28, 2023 |
| Agreed pretrial order due | May 30, 2023 | September 19, 2023 |
| Trial briefs and Proposed Findings of Fact and Conclusions of Law | May 30, 2023 | September 19, 2023 |
| Pretrial conference | June 1, 2023 at 1:30 PM | September 26, 2023 at 1:30 PM |

All other requirements set forth in the prior Order Setting Trial Date and Related Dates (Dkt. No. 15 at 2-3) remain in place.

The clerk is ordered to provide copies of this order to all counsel.

Dated January 6, 2023.

Marsha J. Pechman
United States Senior District Judge