|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| WASTE ACTION PROJECT,<br><br>                Plaintiff,<br><br>   v.<br><br>UFP WASHINGTON LLC; UFP INDUSTRIES,<br><br>                Defendant. | CASE NO. 2:21-cv-01636-MJP<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND EXPERT DISCOVERY DEADLINE |

This matter is before the Court on the parties' Stipulated Motion to Extend Expert Discovery Deadline. (Dkt. No. 33.) Having reviewed the Motion, the Court finds and concludes that good cause exists to continue this deadline until May 26, 2023.

IT IS SO ORDERED.

//

//

//

//

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated April 14, 2023.

*Marsha J. Pechman*
Marsha J. Pechman
United States Senior District Judge